**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNIE JOE FARNUM, | ) NO. ED CV 15-2078-GW(E) |
|           Petitioner, | ) |
| | )   ORDER ACCEPTING FINDINGS, |
|   v. | ) |
| | )   CONCLUSIONS AND RECOMMENDATIONS |
| JEFFERY BEARD, SEC CDCR, | ) |
| | )   OF UNITED STATES MAGISTRATE JUDGE |
|           Respondent. | ) |

     Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

     IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

///

///

1   IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein on Petitioner and counsel for Respondent.
4
5   LET JUDGMENT BE ENTERED ACCORDINGLY.
6
7   DATED: October 25, 2016.
8
9
10  _____
      GEORGE H. WU
11    UNITED STATES DISTRICT JUDGE