**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNIE JOE FARNUM, | ) | NO. ED CV 15-2078-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JEFFERY BEARD, SEC CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: October 25, 2016.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE